IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01478-LTB

MANUEL ARMANDO GUTIERREZ-BORJAS,

    Petitioner,

v.

[NO NAMED RESPONDENT]

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 8, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 8th day of July, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/K Lyons
                        Deputy Clerk